IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| vs. | ) | Case No. 2:04-00009 |
| | ) | Judge Haynes |
| SCOTT STEWART | ) | |

### MOTION TO CONTINUE THE HEARING DATE ON PETITION FOR VIOLATION OF SUPERVISED RELEASE

Comes now, G. Kerry Haymaker, counsel for Defendant, Scott Stewart, and hereby moves this Honorable Court to continue the hearing date in the above styled cause which is presently set for Friday, June 29, 2012 at 2:30 p.m. In support of this motion, counsel for the Defendant would state and show that the defense has been in discussions with the government in an effort to arrive at a joint recommendation to the Court to resolve this matter.

However, at our last communication an agreement has not been reached. As such, it appears that a hearing will be necessary. Counsel needs additional time to prepare for said hearing. Counsel respectfully requests that the matter be continued for at least ten (10) days. Counsel has spoken with the attorney for the government, Byron Jones. He has authorized counsel to inform the Court that the government has no objection to the granting of this motion.

Respectfully submitted,

**HAYMAKER & HEROUX, PC**

_s/ G. Kerry Haymaker_
G. Kerry Haymaker, B.P.R. # 018695
943 Main Street
Nashville, Tennessee 37206
(615) 250-0050