IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| vs. | ) | Case No. 2:04-00009 |
| | ) | Judge Haynes |
| SCOTT STEWART | ) | |

## MOTION TO SET HEARING DATE ON PETITION FOR VIOLATION OF SUPERVISED RELEASE

Comes now, G. Kerry Haymaker, counsel for Defendant, Scott Stewart, and hereby moves this Honorable Court to set a date certain for a hearing on the pending Petition for Violation of Supervised Release.

*[Handwritten note: This motion is GRANTED. The hearing is set for September 7, 2012 at 1:30 pm. /s/ USDJ]*

Respectfully submitted,

**HAYMAKER & HEROUX, PC**

_s/ G. Kerry Haymaker_
G. Kerry Haymaker, B.P.R. # 018695
943 Main Street
Nashville, Tennessee 37206
(615) 250-0050

## CERTIFICATE OF SERVICE

I hereby certify that a true and exact copy of the foregoing Motion has been delivered by the Electronic Filing System to **Byron Jones**, Assistant United States Attorney, 110 Ninth Avenue, South, Suite A961, Nashville, TN 37203-3870 on this the 24th day of August, 2012.

_s/ G. Kerry Haymaker_
G. Kerry Haymaker