IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | NO. 2:04-00009 |
| | ) | CHIEF JUDGE HAYNES |
| SCOTT STEWART | ) | |

## ORDER

This matter came before the court on a Petition seeking revocation of the defendant's supervised release. The defendant advised the Court that he intended to admit the violations alleged in the Petition upon the agreement of the United States to recommend that his supervised release be revoked and that he be sentenced to imprisonment for ten months with no supervised release to follow. Based upon these admissions and recommendations, the Court finds that the defendant has violated the conditions of his supervised release as alleged in the Petition, that the defendant's supervised release should be revoked, and that the defendant should be sentenced to imprisonment for ten months with no supervised release to follow the completion of this term of imprisonment.

It is so **ORDERED**.

ENTERED this the 22nd day of October, 2012.

WILLIAM J. HAYNES, JR.
United States District Judge